**U.S. Department of Justice**

*Jaquelyne M. Kasulis*
*Acting United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, N.Y. 11201*

June 28, 2021

**VIA ECF**
Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   United States of America v. Dil Islam
   Civil Action No. CV-19-cv-04828 (JMA)(ARL)
   Status Report

Dear Judge Azrack:

Pursuant to the Court's, the United States submits the following status report. Pursuant to orders from the United States Departments of Education and Justice, this office has been required to suspend collection efforts on student loan debt until the conclusion of the COVID-19 pandemic.

Undersigned counsel will contact the Court and complete the requisite steps to obtain a default judgment once this suspension ends.

Please contact me should you have any questions.

                                                Respectfully submitted,

                                                JACQUELYNE M. KASULIS
                                                Acting United States Attorney
                                                Eastern District of New York

By:    <u>/s/ Edward K. Newman</u>
        EDWARD K. NEWMAN
        Assistant United States Attorney
        271 Cadman Plaza East
        Brooklyn, N.Y. 11201
        (718-254-7000)